# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3866

_____

Jason K. Stennes

*Appellant*

v.

Summit Mortgage Corporation; HSBC Bank USA, N.A.; Shapiro & Zielke, LLP;
Mark Dassier; Gerald M. Shapiro; David Kreisman; Lawrence P. Zeilke; Diane F.
Mach; Melissa L.B. Porter; Thomas J. Hainje; Ronald W. Spencer; Wendy Oein
Sanchez; Gary J. Evers; Kalli L. Ostlie; Stephanie O. Nelson; Amanda M. Govze;
Kristine M. Speigelberg Nelson; Randolph W. Dawdy; Carrie L. Mellesmoen;
Mortgage Electronic Registration Systems, Inc.; Julie Raynor

*Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 3, 2013
Filed: July 11, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jason Stennes appeals following the district court's[1] order dismissing his civil complaint with prejudice and denying as moot his motion for temporary injunctive relief. For reversal, Mr. Stennes renews his argument from below that the district court lacked subject matter jurisdiction over this matter, and that the district court also lacked authority to refer his motion for a temporary injunction, and the motions to dismiss filed by defendants, to a magistrate judge. For the reasons explained by the district court, we agree with the court that it had both subject matter jurisdiction and authority to refer the motions at issue to a magistrate judge for recommendation. See 28 U.S.C. §§ 1331, 636(b)(1).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.